**Janice C. AMARA, Gisela R. Broderick, Annette S. Glanz, individually and on behalf of all others similarly situated, Plaintiffs–Appellants–Cross–Appellees,**

v.

**CIGNA CORPORATION and Cigna Pension Plan, Defendants–Appellees–Cross–Appellants.**

Nos. 08–3388–cv (L), 08–3460–cv (XAP).

United States Court of Appeals, Second Circuit.

Oct. 6, 2009.

Stephen R. Bruce, Allison C. Pienta, Stephen R. Bruce Law Offices, Washington, D.C.; Thomas G. Moukawsher, Moukawsher & Walsh, LLC, Hartford, CT, for Plaintiffs.

Joseph J. Costello, Jeremy P. Blumenfeld, Jamie M. Kohen, Morgan, Lewis, & Bockius LLP, Philadelphia, PA, for Defendants.

PRESENT: DENNIS JACOBS, Chief Judge, AMALYA L. KEARSE, CHESTER J. STRAUB, Circuit Judges.

### *SUMMARY ORDER*

We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

In this ERISA appeal, the parties cross-appeal from two decisions of the district court. Plaintiffs-appellants argue that the district court erred in:

1) concluding that it lacked the authority to provide complete relief for defendants-appellees' ERISA violations;

2) failing to require prior benefit provisions to be reinstated until proper notice of reductions was provided;

3) failing to require CIGNA to pay comparable benefits to affected participants until proper notice was provided; and

4) ruling that CIGNA did not need to disclose the amendment to the "Rehire Rule."

Defendants-appellees cross-appeal, arguing that the district court erred by awarding plaintiffs-appellants more pension benefits than they were told they would receive under the pension plan. They also contend that the district court properly denied plaintiffs-appellants' request for additional annual benefit accruals.

We affirm the judgment of the district court for substantially the reasons stated in Judge Kravitz's two well-reasoned and scholarly opinions. *See Amara v. CIGNA Corp.,* 559 F.Supp.2d 192 (D.Conn.2008); *Amara v. Cigna Corp.,* 534 F.Supp.2d 288 (D.Conn.2008).

Based on the foregoing reasons, we hereby **AFFIRM** the judgment of the district court.